**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **DEBORAH GARRETT, CHARLES GARRETT, and KENNETH GARRETT,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No. 3:18-cv-273-TAV-HGB** |
| **J. TYLER ROPER,** | ) ) | <u>Jury Trial Demanded</u> |
| **Defendant.** | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs Deborah Garrett, Charles Garrett, and Kenneth Garrett (collectively "Plaintiffs"), and Defendant J. Tyler Roper ("Defendant"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal, with prejudice, as to the Defendant as to each claim and count therein asserted by the Plaintiffs against the Defendant in the above-styled action, with the Plaintiffs and the Defendant to bear their own fees, costs, and expenses.

10/22/20

Respectfully submitted,

**DEBORAH GARRETT**
**CHARLES GARRETT**
**KENNETH GARRETT**

s/      Alan C. Lee
Alan C. Lee, BPR # 012700
P. O. Box 1357
Talbott, TN 37877-1357
(423) 581-0924
aleeattorney@gmail.com

Attorney for Plaintiffs

1

**J. TYLER ROPER**


s/     Christopher D. Heagerty
Christopher D. Heagerty, BPR # 016728
625 Market St, Suite 700
Knoxville, TN 37902-2205
(865) 368-1397
christopher.heagerty@gmail.com

Attorney for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system.


s/     Alan C. Lee
Alan C. Lee, Attorney for Plaintiffs